No. 65774.—Kaiser Reismann Corp. v. United States, protests 264816–K and 273899–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of Empire Brushes, Inc., and Wood Niebuhr & Co. v. United States (43 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 65775.—Quon Quon Company v. United States, protests 60/10373, etc. (Los Angeles).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the merchandise consists of plasticpeel and rattancore fashion baskets or bags similar in use to baskets in chief value of wood and following United States v. Steinberg Bros. (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 6, 1961

No. 65776.—National Silver Company v. United States, protest 59/9899 (Los Angeles).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise consists of decorated earthenware cups, the claim of the plaintiff was sustained.